# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                              No. 2:20-cr-00023-JM-01

CHRISTOPHER MARTIN                                                  DEFENDANT

## ORDER

The motion filed by the United States to dismiss the Information against Christopher Martin in this matter is GRANTED. (Doc. No. 2) The Information in the above referenced case is dismissed without prejudice and the warrant recalled.

IT IS SO ORDERED this 11th day of March, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE